1  ROBERT S. McLAY (SBN 176661)
   rmclay@hayesscott.com
2  CHERIE M. SUTHERLAND (SBN 217992)
   csutherland@hayesscott.com
3  JOSHUA N. KASTAN (SBN 284767)
   jkastan@hayesscott.com
4  **HAYES SCOTT BONINO ELLINGSON & McLAY, LLP**
5  203 Redwood Shores Parkway, Suite 480
   Redwood City, California 94065
6  Telephone: 650.637.9100
   Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

DAVID P. MASTAGNI (SBN 57721)
PHILLIP R.A. MASTAGNI (SBN 238254)
**MASTAGNI HOLSTEDT**
1912 "I" Street
Sacramento, California 95811
Telephone: 916.446.4692
Facsimile: 916.447.4614

Attorneys for Plaintiff
DAVID TOPAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOPAZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOE 1 through DOE 100,<br><br>            Defendant(s). | CASE NO. 2:15-CV-01864-JAM-CKD (TEMP)<br><br>**STIPULATION AND ORDER DISMISSING THE ENTIRE <u>ACTION WITH PREJUDICE</u>**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)** |

Plaintiff David Topaz and defendant State Farm Mutual Automobile Insurance Company hereby stipulate to dismissal with prejudice, of the above-entitled action as follows:

## STIPULATION

IT IS HEREBY STIPULATED by the parties, that the entire above-entitled action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) with each party bearing their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: April 4, 2016                MASTAGNI HOLSTEDT

By   */s/ Phillip R. A. Mastagni, Esq.*
     DAVID P. MASTAGNI
     PHILLIP R.A. MASTAGNI
     Attorneys for Plaintiff
     DAVID TOPAZ

Dated: April 4, 2016                HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By   */s/ Cherie M. Sutherland, Esq.*
     ROBERT S. McLAY
     CHERIE M. SUTHERLAND
     JOSHUA N. KASTAN
     Attorneys for Defendant
     STATE FARM MUTUAL AUTOMOBILE
     INSURANCE COMPANY

# **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) with each party bearing their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 4, 2016        /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE FOR THE
EASTERN DISTRICT OF CALIFORNIA